UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, JO ANN DE POALO AND MELISSA OTTENSTEIN, and | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO** |
| STATE OF NEW YORK, *ex rel.*, JO ANN DE POALO AND MELISSA OTTENSTEIN, | **F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiffs/Relators, | |
| v. | Case No.:  13-CIV-8792 (RMB) |
| BON SECOURS HEALTH SYSTEM, INC., BON SECOURS NEW YORK HEALTH SYSTEM, INC., SCHERVIER NURSING CARE CENTER, SCHERVIER LONG TERM HOME HEALTH CARE PROGRAM, AND FRANCES SCHERVIER HOME AND HOSPITAL, | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. §3729** *et.seq.* |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relators Jo Ann De Poalo and Melissa Ottenstein, through counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, as to all claims brought on behalf of Relators Jo Ann De Poalo and Melissa Ottenstein against Defendants Bon Secours Health System, Inc., Bon Secours New York Health System, Inc., Schervier Nursing Care Center, Schervier Long Term Home Health Care Program, and Frances Schervier Home and Hospital.  This Notice of Voluntary Dismissal has no application or prejudice to any claims on behalf of  the United States or the State of New York. *See e.g.,* 31 U.S.C. § 3731(c); N.Y. State Finance Law § 190(5)

("Under no circumstances shall the state or a local government be bound by an act of the person bringing the original action.").

DATED THIS 22nd day of September, 2015.

Respectfully submitted,

*/S/*Robert B. Boyers
**Robert B. Boyers (Bar Code RB6112)**
Litigation Partners, PL
rboyers@hannonboyers.com
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3100
Miami, FL  33131
Telephone:     (305) 249-1640

2601 South Bayshore Drive
Suite 1010
Miami, FL  33133
Telephone:     (305) 358-3109
Facsimile:     (305) 373-2823

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document is being electronically filed with the Clerk of Court's using the CM/ECF system this 22nd day of September, 2015, which will send a Notice of Electronic Filing (NEF) to the individuals indicated on the attached Service List.

*/S/*Robert B. Boyers
**Robert B. Boyers (Bar Code RB6112)**
Litigation Partners, PL

## SERVICE LIST

**Thomas C. Hill**
**Michael W. Paddock**
Pillsbury Winthrop Shaw Pittman, LLP
1200 Seventeenth Street, NW
Washington, DC  20036
thomas.hill@pillsburylaw.com
michael.paddock@pillsburylaw.com

**Douglas F. Eaton**
Litigation Partners, PL
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3100
Miami, FL  33131
deaton@eatonwolk.com

**Kathryn M. Heim Harris**
Special Assistant Attorney General
Medicaid Fraud Control Unit
NYS Office of the Attorney General
120 Broadway, 12th Floor
New York, NY  10271
Kathryn.Harris@ag.ny.gov

**Aaron Mysliwiec**
Miedel & Mysliwiec, LLP
111 Broadway
Suite 1401
New York, NY  10006
am@fmamlaw.com

**Louis A. Pellegrino**
U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY  10007
louis.pellegrino@usdoj.gov